P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U S POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401623 SEP 16 2015
$ 000.41⁶

RE: WR-77,739-03

CEDRIC DEMICHAEL BUTLER

**RETURN TO SENDER**
**NOT IN DALLAS COUNTY JAIL**

78711073308



Released